**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.: 16-cv-21238-RNS

JOSHUA WASSER, ILA GOLD,
and ALYSSA RECHTMAN,
on behalf of themselves and all others					CLASS ACTION
similarly situated,

      Plaintiffs,

vs.

ALL MARKET INC.**,**

      Defendant.
_____/

## NOTICE OF VACATED DECISION

Defendant All Market, Inc. hereby gives notice that on June 2, 2017, the *In re Whole Foods Market Group, Inc. Overcharging Litigation*, 167 F. Supp. 3d 524 (S.D.N.Y. 2016) case, cited by the parties in the briefing on Defendant's Motion to Dismiss Amended Complaint [DE 42, DE 49 and DE 59], was vacated by *John v. Whole Foods Market Grp., Inc.,* No. 16-986-CV, 2017 WL 2381191 (2d Cir. June 2, 2017).

Dated:  June 5, 2017					Respectfully submitted,

      /s/ *Melissa Pallett-Vasquez*_____
      MELISSA C. PALLETT-VASQUEZ
      Florida Bar No. 715816
      mpallett@bilzin.com
      LORI P. LUSTRIN
      Florida Bar No.  59228
      llustrin@bilzin.com
      **BILZIN SUMBERG
      BAENA PRICE & AXELROD LLP**
      1450 Brickell Ave, Suite 2300
      Miami, Florida 33131

Tel.: (305) 374-7580  Fax: (305) 374-7593

and

SCOTT VOELZ *(pro hac vice)*
svoelz@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor,
Los Angeles, CA 90071
Tel: (213) 430-6680  Fax: (213) 430-6407

HANNAH Y. CHANOINE *(pro hac vice)*
hchanoine@omm.com
CHRISTOPHER S. COGBURN *(pro hac vice)*
ccogburn@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower, 7 Times Square,
New York, NY 10036
Tel: (212) 326-2128  Fax: (212) 326-2061

*Attorneys for Defendant All Market Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Lori P. Lustrin*
Lori P. Lustrin