**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.: 16-cv-21238-RNS/Otazo-Reyes

JOSHUA WASSER, ILA GOLD,
and ROBERTO ISRAEL BARAJAS-RAMOS,
on behalf of themselves and all others            CLASS ACTION
similarly situated,

       Plaintiffs,

vs.

ALL MARKET INC.,

       Defendant.
_____/

**APPENDIX OF EXHIBITS TO DEFENDANT ALL MARKET INC.'S STATEMENT OF MATERIAL FACTS [D.E. 238] IN SUPPORT OF DEFENDANT ALL MARKET INC.'S MOTION FOR SUMMARY JUDGMENT, INCORPORATED MEMORANDUM OF LAW AND REQUESTED FOR HEARING [D.E. 237]**

*[FILED UNDER SEAL PURSUANT TO D.E. 235]*

| | |
|---|---|
| 1 | Michael Kirban Deposition Transcript Excerpts (1.11.18) |
| 2 | Declaration of Jane Prior and Exhibits A-F (7.26.18)[1] |
| 3 | Ira Liran Deposition Transcript Excerpts (9.19.17) |
| 4 | Def.'s Am. Resp. to Interrogatory Nos. 2, 5, and 7 of Pl.'s Third Set of Interrogatories (4.6.18) |
| 5 | Declaration of Jonathan Burth (7.26.18) |
| 6 | Nam Hom Website |
| 7 | Jan Prior Deposition Transcript Excerpts (11.9.17) |
| 8 | Images of Vita Coco 1L Container, Deposition Ex. 16 |
| 9 | Vita Coco 1L Container, Deposition Ex. 185 (Conventionally Filed with the Court) |
| 10 | Ila Gold Deposition Transcript Excerpts (5.3.17) |
| 11 | Israel Barajas-Ramos Deposition Transcript Excerpts (10.11.17) |
| 12 | Joshua Wasser Deposition Transcript Excerpts (5.12.17) |
| 13 | Toluna Survey Results (12.19.10) |
| 14 | Jane Prior Deposition Transcript Excerpts (5.10.18) |
| 15 | Johnathan Burth Deposition Transcript Excerpts (11.10.17) |
| 16 | Christian Tregillis Deposition Transcript Excerpts (6.22.18) |

---

[1] Due to the size, Composite Exhibit F to Ms. Prior's Declaration is being filed separately.

Dated: July 26, 2018.

                                        Respectfully submitted,

/s/ *Melissa Pallett-Vasquez*
**MELISSA C. PALLETT-VASQUEZ**
Florida Bar No. 715816
mpallett@bilzin.com
**LORI P. LUSTRIN**
Florida Bar No. 59228
llustrin@bilzin.com
**RAQUEL M. FERNANDEZ**
Florida Bar No. 55069
rfernandez@bilzin.com
**JERRY GOLDSMITH**
Florida Bar No. 119525
jgoldsmith@bilzin.com

**BILZIN SUMBERG BAENA PRICE**
**& AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580   Fax: (305) 374-7593
*Attorneys for Defendant All Market Inc.*

and

SCOTT VOELZ (admitted pro hac vice)
svoelz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor,
Los Angeles, CA 90071
Tel: (213) 430-6680 Fax: (213) 430-6407


HANNAH Y. CHANOINE (admitted pro hac vice)
hchanoine@omm.com
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square,
New York, NY 10036
Tel: (212) 326-2128 Fax: (212) 326-2061

*Attorneys for Defendant All Market Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/     *Melissa Pallett-Vasquez*
             Melissa Pallett-Vasquez