United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Joshua Wasser, and others,<br>Plaintiffs,<br><br>v.<br><br>All Market, Inc., Defendant. | )<br>)<br>)<br>)  Civil Action No. 16-21238-Civ-Scola<br>)<br>) |

### Order Referring Motion To Magistrate Judge

The Court **refers** the Defendant's sealed motion to exclude the reports, opinions and testimony (ECF No. 204) to United States Magistrate Judge Alicia M. Otazo-Reyes to be heard and determined, consistent with 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Magistrate Judge Rules.

**Done and ordered** at Miami, Florida, on August 8, 2018.

_____
Robert N. Scola, Jr.
United States District Judge